**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET LLP**
Kevin R. Lussier (SBN 143821)
Suhail Rajakumar (SBN 327595)
800 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90017
213-689-8500 (phone)
213-689-8501 (fax)

Attorneys for Defendant
SEGA OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIOELI,<br><br>Plaintiff,<br><br>v.<br><br>SEGA OF AMERICA, INC.,<br><br>Defendant. | Case No. 3:24-cv-02276-BAS-MMP<br><br>**JOINT MOTION FOR FIRST EXTENSION FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

1. Pursuant to Southern District Local Rule 12.1, Plaintiff, John Gioeli ("Plaintiff"), and Defendant SEGA of America, Inc. ("Defendant"), by and through their undersigned counsel of record, do hereby stipulate and jointly move to extend Defendant's time to answer or otherwise respond to Plaintiff's Complaint (the "Complaint") by thirty (30) days, through and including **January 30, 2025**.

Plaintiff served Defendant with the Complaint on December 10, 2024 and, thus, the current deadline for Defendant to answer or otherwise respond to the Complaint is December 31, 2024.

This first stipulated and joint extension request is being made because (i) Defendant needs time to determine whether Defendant SEGA of America, Inc. is—as Plaintiff alleges—the "successor in interest to SEGA OF AMERICA DREAMCAST, INC" which signed a 2001 agreement with Plaintiff (*see* Complaint ¶¶ 11, 17); (ii) the parties are discussing stipulating to transfer this case to a different district court in California based on a forum selection clause in the 2001 agreement; and (iii) office closures caused by the upcoming holiday season.

The parties respectfully submit that the foregoing constitutes good cause for extending Defendant's time to answer or otherwise respond to Plaintiff's Complaint.

//
//
//
//
//
//
//
//
//
//
//

Dated:  December 20, 2024         Respectfully submitted,

By: /s/ *Ryan W. Powers*
Ryan W. Powers (CA State Bar No. 291784)
RYAN POWERS LAW
5807 Fayette Street
Los Angeles, CA 90042


Attorneys for Plaintiff
JOHN GIOELI


By:  /s/*Kevin R. Lussier*
Kevin R. Lussier
Suhail Rajakumar
CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET LLP

Attorneys for Defendant
SEGA OF AMERICA, INC.


The filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.


Dated: December 20, 2024                    By: /s/ *Kevin R. Lussier*

---

4
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STAY. DISMISS OR TRANSFER
4934-9421-0569, v. 1